IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 23-2316

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Quinn Fulston | **Motion to voluntarily dismiss Appeal pursuant to Fed. Rule App. P. 42 (b)** |

The Appellant Quinn Fulston respectfully moves pursuant to Federal Rule Appellate procedure 42 (b) to voluntarily withdraw the appeal.

I have discussed the merits of the appeal with Mr. Fulston, and he understands his rights and has acknowledged that he no longer wishes to proceed with the appeal. In support of this motion is the attached certification signed by Appellant verifying that he does not wish to proceed with the appeal of the underlying case.

Respectfully submitted,

Dated: December 20, 2023

By: /s/ Stacy Biancamano
Stacy A Biancamano, Esq
Attorney for the Appellant

**CERTIFICATION OF SERVICE**

I hereby certify that I caused a copy of this motion to be served December 20, 2023, by the Notice of Docketing Activity generated by the Third Circuit's electronic filing system, upon opposing counsel in this appeal.

Dated: December 20, 2023

*Stacy Biancamano*
Stacy A. Biancamano, Esq
Counsel for the Appellant

**BIANCAMANO LAW, LLC**
Stacy Ann Biancamano, Esq.
42A N 20th Street
Kenilworth, NJ 07033
Tel.: (908) 858-2161
Fax: (908) 858-2140

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>QUINN FULSTON,<br><br>　　　　Defendant. | UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br><br>APPEAL DOCKET NO.: 23-2316<br>D.N.J. DOCKET NO.: 2:19-cr-00109<br><br>**CERTIFICATION OF<br>QUINN FULSTON IN SUPPORT OF<br>MOTION TO WITHDRAW QUINN<br>FULSTON'S APPEAL** |

QUINN FULSTON, hereby certifies as follow:

1. I am the Appellant in the above-captioned matter.

2. I was represented by CJA counsel Stacy Biancamano in connection with criminal number 2:19-cr-00109 in the District Court of New Jersey.

3. On June 27th, 2023, I was sentenced by the Honorable Katharine S. Hayden to 108 months imprisonment.

4. On July 6th, 2023, I drafted a notice of appeal to the District Court of New Jersey.

5. On July 21st, 2023, the notice of appeal was filed on the docket.

6. I have discussed this matter at length with my family and my attorney, and no longer wish to pursue an appeal of my criminal conviction and sentence.

7. On October 9th, 2023, I called my attorney's office, and after a lengthy discussion, I expressed that no longer wish to pursue an appeal of my criminal conviction and sentence, and requested that she make this motion on my behalf asking the Court to allow the notice of appeal previously filed in this case to be withdrawn.

8. Accordingly, I am respectfully requesting that this Court enter an Order permitting the withdrawal of the notice of appeal.

11/30/2023

Appellant Quinn Fulston

Dated: 12-1-23

2